Filed 2/3/16  In re Kiara R. CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| In re KIARA R., a Person Coming Under the Juvenile Court Law. | 2d Juv. No. B266178 (Super. Ct. No. 1435747) (Santa Barbara County) |
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>KIARA R.,<br><br>    Defendant and Appellant. | |

Kiara R. appeals from a judgment entered after the juvenile court sustained a petition for delaying or resisting a peace office in the performance of his/her duties (Welf. & Inst. Code, § 602, subd. (a); Pen. Code, § 148, subd. (a)(1).)  Appellant was continued a ward of the court, granted probation, and ordered to pay a $50 restitution fine.

We appointed counsel to represent appellant on this appeal.  After examination of the record, counsel filed an opening brief in which no issues were raised.

On November 25, 2015, we advised appellant that she had 30 days within which to personally submit any contentions or issues that she wished us to consider.  No response has been received from appellant.

We have examined the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 126; *People v. Wende* (1979) 25 Cal.3d 436,

441.)

The judgment is affirmed.

<u>NOT TO BE PUBLISHED</u>.


YEGAN, J.


We concur:


GILBERT, P.J.


PERREN, J.

Arthur A. Garcia, Judge'

Roger Picquet, Judge

Superior Court County of Santa Barbara

_____

Linda L. Currey, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.